UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

February 11, 2025

General Counsel, FAA
Federal Aviation Administration
Appellate Branch, AGC-310
800 Independence Ave., S.W.
Washington, DC 20594-0000

**RE:     23-9608, Wright-Smith v. FAA**
          Dist/Ag docket: 999995312

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's December 20, 2024 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Maxwell A. Baldi
        General Counsel, NTSB
        Sarah L. Shore
        Abby Christine Wright

CMW/jm