# United States Court of Appeals

for the

TENTH CIRCUIT

| | |
|---|---|
| Elizabeth Wright-Smith, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| Federal Aviation Administration, | ) |
| | ) |
| Respondent. | ) |

**PETITION FOR REVIEW**

Pursuant to 49 U.S.C. Section 46110(a), Elizabeth Wright-Smith, a resident of Albuquerque, New Mexico, hereby petitions the court for review of the final order of the Federal Aviation Administration, terminating Ms. Wright-Smith's designation as a pilot examiner, entered on October 25, 2023, and attached hereto as "Exhibit A."

Date:   December 21, 2023

BUTT THORNTON & BAEHR PC

/s/ *Sarah L. Shore*
Sarah L. Shore
*Attorneys for Elizabeth Wright-Smith*
P.O. Box 3170
Albuquerque, NM  87190
(505) 884-0777
sshore@btblaw.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing was electronically filed through the CM/ECF system on this 21st day of December, 2023, AND I FURTHER CERTIFY that on such date I served a copy of this Petition on the Office of the Chief Counsel of the FAA via FedEx shipping service.

                                        /s/ *Sarah L. Shore*
                                        Sarah L. Shore



U.S. Department
of Transportation
**Federal Aviation
Administration**

Flight Standards District Office
1601 Randolph Road, S.E., Suite 200N
Albuquerque, New Mexico 87106
(505) 764-1200, FAX (505) 764-1233

October 25, 2023

Elizabeth Wright-Smith
5001 Crownpoint Court, N.W.
Albuquerque, New Mexico 87120

Based on a review of your termination for cause, the appeal panel was unable to find any justification to overturn the termination of your designation. Therefore, the appeal panel has upheld the original decision to terminate your designation.

Please be advised that this decision is final and exhausts all appeal rights associated with the termination of your designation.

Federal Aviation Administration

**Exhibit A**

designee.faa.gov/#/message/view/2451668/false/1842080   

**Termination For Cause (able to appeal)**

**September 7, 2023 03:58 PM**

| From: | **System Administrator** |
| To: | **Elizabeth Christine Wrightsmith;** |

← Back

Designee Number: 999995312

Elizabeth Christine Wrightsmith
This letter is to inform you that your Federal Aviation Administration (FAA) designation as a(n) DPE is terminated pursuant to 14 CFR part 183.15(b) and 49 U.S.C. 44702(d).
You must immediately cease exercising the privileges of your designation.
Your designation is being terminated for the following reason:
  • Lack of integrity (for example, making false statements, misrepresenting information, failing to disclose pertinent information, etc)
  • Misconduct (for example, purposefully not following prescribed procedures for gain; etc)
  • Inability to work constructively with FAA or public (for example, failure to return phone calls, follow guidance, exhibit a cooperative attitude, etc.)
Justification: During July 2023, the Albuquerque FSDO received and investigated an FAA Safety Hotline Complaint against the DPE, and based on the comprehensive FAA investigation, the allegations were substantiated.
You may submit a request for appeal by completing the Appeal Request Form, accessible below, no later than 15 calendar days from the date of receipt of this notification. At that time, you should include any and all evidence or statements that you wish to have considered concerning this matter. You will be notified of the outcome of the appeal process within 60 calendar days after our receipt of your written request for appeal.
If you possess any controlled materials provided to you by the FAA, they must be returned immediately. If you have any questions regarding this requirement, please contact your managing specialist.

**Designee Management System (DMS) Administration**

Appeal Request Form

Appellate Case: 23-9608    Document: 010110973016    Date Filed: 12/21/2023    Page: 4