**ATTORNEYS**

Neil R. Blake
Lindsey A. Bundrant
Astrid Y. Carrete
Phillip W. Cheves
Nicholas W. Chiado
Michael P. Clemens
Kristin A. Dearth
Norman L. Gagne
Amanda V. Garcia
Monica R. Garcia
Alfred L. Green, Jr.
Emilee F. Greenhouse
Charles B. Kraft
James H. Johansen
Jane A. Laflin
Nicholas D. Nuñez
Agnes Fuentevilla Padilla
Jason J. Patton
Rheba Rutkowski
Ryan T. Sanders
Rodney L. Schlagel
Sarah L. Shore
Scott F. Stromberg
J. Duke Thornton
Mallory A. Wolff



**BUTT THORNTON & BAEHR PC**
ATTORNEYS AT LAW
*Established 1959*

December 27, 2023

REFER TO: 100024-0001

U.S. Court of Appeals for the 10th Circuit
Attn: Clerk's Office
1823 Stout Street
Denver, CO 80257

Re:   <u>Elizabeth Wright-Smith v. FAA</u>
      Appellate Case No. 23-9608

Dear Sir or Madam,

We received the Court Clerk's letter filed in the above-referenced matter on December 21, 2023. The letter states that the Agency's Order was not included in the Petition for Review, also filed December 21, 2023. Please note that "Exhibit A" to the Petition is the Order of the Federal Aviation Administration within the meaning of 49 U.S.C. Section 46110 and Federal Rule of Appellate Procedure 15, since it contains the final decision of the FAA terminating Ms. Wright-Smith's designation as a pilot examiner pursuant to 49 U.S.C. Section 44702(d) and 14 C.F.R. Section 183.15. *See*, *e.g.*, *Bradshaw v. Fed. Aviation Admin.*, 8 F.4th 1215, 1221 (11th Cir. 2021) (recognizing the jurisdiction of the Courts of Appeal under 49 U.S.C. § 46110 to review a final FAA decision terminating petitioner's pilot-examiner designation pursuant to 49 U.S.C. § 44702); *Green v. Brantley*, 981 F.2d 514, 519 (11th Cir. 1993) (letter from FAA notifying petitioner of the termination of his designation as pilot examiner was final agency action for purposes of review on appeal in the Court of Appeal under 49 U.S.C.App. § 1486, now codified at 49 U.S.C. § 46110); *Marcy v. F.A.A.*, 936 F.2d 583 (10th Cir. 1991) (unpublished) (reviewing non-renewal of petitioner's designation as an engineering representative pursuant to 14 C.F.R. § 183.15, exercising jurisdiction under the statute now codified at 49 U.S.C. § 46110).

Thank you. Should you have any questions or concerns, please contact my office.

Very truly yours,

BUTT THORNTON & BAEHR PC

By: */s/ Sarah L. Shore*
Sarah L. Shore

SLS/apv
cc: NTSB General Counsel




MAILING ADDRESS: P.O. Box 3170, Albuquerque, New Mexico 87190-3170
STREET ADDRESS: 4101 Indian School Road, NE, Suite 300 South, Albuquerque, New Mexico 87110
PHONE: 505.884.0777   FAX: 505.889.8870   EMAIL: btblaw@btblaw.com   WEB: btblaw.com