# 10th CIR. FORM 2. ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES—COUNSEL

## UNITED STATES COURT OF APPEALS
### FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

**Elizabeth Wright-Smith**

v.                                                          Case No. 23-9608

**Federal Aviation Administration**

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Elizabeth Wright-Smith

_____

Petitioner _____, in the above-captioned case(s).

Butt Thornton & Baehr, PC, by Sarah L. Shore                    _____

Name of Counsel                                                Name of Counsel

/s/ Sarah L. Shore                                             _____
Signature of Counsel                                           Signature of Counsel

P.O. Box 3170, Albuquerque, NM 87190, (505) 884-0777           _____
Mailing Address and Telephone Number                           Mailing Address and Telephone Number

sshore@btblaw.com                                              _____
E-Mail Address                                                 E-Mail Address

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies as follows:

The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

X     There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

January 4, 2024
  Date

*/s/ Sarah L. Shore*

  Signature

# CERTIFICATE OF SERVICE

I hereby certify that:

All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

✗     On _____ January 4, 2024, _____ I sent a copy of this Entry of Appearance Form to:

the Office of the Chief Counsel of the Federal Aviation Administration, at

800 Independence Avenue SW
Washington, DC 20591,

the last known address/email address, by FedEx shipping service.

1/4/2024
_____
Date

*/s/ Sarah L. Shore*
_____
Signature