UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | | Jane K. Castro<br>Chief Deputy Clerk |

January 11, 2024

General Counsel, FAA
Federal Aviation Administration
Appellate Branch, AGC-310
800 Independence Ave., S.W.
Washington, DC 20594-0000

General Counsel, NTSB
National Transportation Safety Board
Office of General Counsel
490 L'Enfant Plaza East, S.W.
Room 6401
Washington, DC 20594-2000

**RE:**     23-9608, Wright-Smith v. FAA
            Dist/Ag docket: 999995312

Dear Respondent:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respect:

An entry of appearance and certificate of interested parties has not been filed as required by 10th Cir. R. 46.1.

Please correct the stated deficiency within seven days of the date of this notice if the respondent intends to participate in this appeal. If the respondent does not intend to participate in the petition for review, please file a "notice of non-participation" with the court as soon as possible.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Sarah L. Shore

CMW/sds

2