UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Elizabeth Wright-Smith

v.

Federal Aviation Administration

Case No. 23-9608

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Federal Aviation Administration
_____
[Party or Parties][1]

_____

Respondent
_____ , in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

| | |
|---|---|
| Maxwell A. Baldi | Abby C. Wright |
| Name of Counsel | Name of Counsel |
| /s/ Maxwell A. Baldi | /s/ Abby C. Wright |
| Signature of Counsel | Signature of Counsel |
| 950 Pennsylvania Avenue NW, Rm. 7513, Washington, DC 20530 (202) 532-0211 | 950 Pennsylvania Avenue NW, Rm. 7252 Washington, DC 20530 (202) 514-0664 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| maxwell.baldi@usdoj.gov | abby.wright@usdoj.gov |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

✓ There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

01/22/2024
Date

/s/ Maxwell A. Baldi
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On   01/22/2024   I sent a copy of this Entry of Appearance
          [date]

Form to:

_____

at_____,

the last known address/email address, by _____.
          [state method of service]


01/22/2024
_____
Date

/s/ Maxwell A. Baldi
_____
Signature