# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| Elizabeth Wright-Smith, | |
| Petitioner, | |
| v. | No. 23-9608 |
| Federal Aviation Administration, | |
| Respondent. | |

## UNOPPOSED MOTION FOR THIRTY-DAY EXTENSION OF TIME TO FILE THE CERTIFIED INDEX OF THE RECORD

Pursuant to Fed. R. App. P. 17(a) and 26(b), the Federal Aviation Administration hereby respectfully moves for a thirty-day extension of time, to and including February 29, 2024, within which to file the certified index of the administrative record. Petitioner consents to this motion.

1.  Petitioner filed her petition for review on December 21, 2023. Pursuant to the clerk's letter dated December 21, 2023, the FAA understands that the certified record is due on January 30, 2024. The FAA has not requested any prior extensions, and no briefing schedule has been set.

2.  The Department of Justice did not become aware of this petition for review until the afternoon of January 22. Counsel need additional time to familiarize themselves with the case and to consult with the agency regarding the materials in the

administrative record. The FAA also needs additional time to gather and organize the record materials and to prepare the certified index.

3. Given these circumstances, the FAA respectfully moves for an extension of time of the deadline to submit the certified index to and including February 29, 2024.

## CONCLUSION

For the foregoing reasons, the FAA's motion for a thirty-day extension of time to file the certified index should be granted.

Respectfully submitted,

ABBY C. WRIGHT

/s/ *Maxwell A. Baldi*
MAXWELL A. BALDI
(202) 532-0211
  Attorneys, Appellate Staff
  Civil Division, Room 7513
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C. 20530
  (202) 532-0211
  maxwell.baldi@usdoj.gov

January 2024

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 202 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Garamond 14-point font, a proportionally spaced typeface.

*/s/ Maxwell A. Baldi*
MAXWELL A. BALDI
