## IN THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

ELIZABETH WRIGHT-SMITH,

Petitioner,

v.

FEDERAL AVIATION ADMINISTRATION,

Respondent.

No. 23-9608

## NOTICE OF FILING OF CERTIFIED INDEX OF RECORD

Respondent, the Federal Aviation Administration, hereby submits the certified

index to the administrative record in this case.

Respectfully submitted,

ABBY C. WRIGHT

/s/ Maxwell A. Baldi

MAXWELL A. BALDI
(202) 532-0211
  Attorneys, Appellate Staff
  Civil Division, Room 7513
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C.  20530
  (202) 532-0211
  maxwell.baldi@usdoj.gov

February 2024