## IN THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

ELIZABETH WRIGHT-SMITH,

Petitioner,

v.

No. 23-9608

FEDERAL AVIATION ADMINISTRATION,

Respondent.

## CERTIFICATION OF THE INDEX OF RECORD

I, Raymond Carver, am authorized to certify that the attached list describes the

material comprising the Federal Aviation Administration's administrative record in

this matter.  The attached list is a true, correct, and complete list of the documents

that comprise the administrative record in this case.

Respectfully submitted,

RAYMOND CARVER
  Attorney
  Aviation Litigation Division
  Office of the Chief Counsel
  Federal Aviation Administration
  800 Independence Ave., SW
  Washington, D.C. 20591

# CERTIFIED INDEX OF RECORD

*Wright-Smith v. Federal Aviation Administration*, Case No. 23-9608

## Procedural Documents

| Doc. | Date | Description | AR Pages |
|---|---|---|---|
| 1 | 07/07/23 | FAA Hotline Complaint #AAE-IHL-20230707-597-AFX-426 | 1 |
| 2 | 07/12/23–07/20/23 | FAA Designee Management System Suspend Designation Records | 2–8 |
| 3 | 09/07/23 | Memorandum from John M. Wensel to Andrea R. Babic re Aviation Safety Hotline #AAE-IHL-20230707-597-AFX-426 | 9–13 |
| 4 | 09/07/23 | FAA DMS Termination for Cause Notification | 14–19 |
| 5 | 09/20/23 | Appeal Submitted by Elizabeth Wright-Smith | 20–60 |
| 6 | 10/28/23 | Appeal Panel Decision | 61 |
| 7 | 12/21/23 | Petition for Review | 62–65 |

## Applicable FAA Orders

| Doc. | Date | Description | AR Pages |
|---|---|---|---|
| 8 | 04/12/22 | FAA Order 8000.95B, Designee Management Policy, Front Material and Volume 1 | 66–106 |
| 9 | 04/12/22 | FAA Order 8000.95B, Designee Management Policy, Volume 3 | 107–164 |
| 10 | 11/14/22 | FAA Order 1070.1A, FAA Hotline Program (as amended) | 165–176 |
| 11 | 09/21/23 | FAA Order 8000.95C, Designee Management Policy, Front Material and Volume 1 | 177–217 |
| 12 | 09/21/23 | FAA Order 8000.95C, Designee Management Policy, Volume 3 | 218–275 |