UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

February 29, 2024

Ms. Sarah L. Shore  
Butt Thornton & Baehr  
4101 Indian School Road NE, Suite 300  
Albuquerque, NM 87110

RE:  23-9608, Wright-Smith v. FAA  
Dist/Ag docket: 999995312

Dear Counsel:

The certified list or record on appeal in this case was filed on February 29, 2024.

Petitioner's brief must be filed within 40 days of that date. *See* 10th Cir. R. 31.1(B). Respondent's brief must be filed 30 days after service of petitioner's brief. Petitioner may serve a reply brief within 21 days of service of respondent's brief.

Briefs must satisfy all requirements of the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to form and content. *See* specifically Fed. R. App. P. 28 and 32 and 10th Cir. R. 28.1, 28.2, and 32.1, as well as 31.4 when applicable. Seven hard copies of briefs must be provided to the court within five business days of the court issuing notice that the electronic filing has been accepted. *See* 10th Cir. R. 31.5 and the court's CM/ECF User's Manual. Counsel are encouraged to utilize the court's Briefing & Appendix checklist when compiling their briefs.

This matter will be heard on a record that the agency provides. *See* Fed. R. App. P. 17(a) and 10th Cir. R. 17.2. As a result, the parties need not file an appendix. If, however, any party wishes to file a separate appendix it should file a motion seeking that relief.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:  Maxwell A. Baldi
     Abby Christine Wright

CMW/klp