# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| ELIZABETH WRIGHT-SMITH, <br><br> Petitioner, <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION, <br><br> Respondent. | No. 23-9608 |

## NOTICE OF FILING OF RECORD

Pursuant to 10th Cir. R. 17.1, the Federal Aviation Administration hereby submits the entire the administrative record in this case.

Respectfully submitted,

ABBY C. WRIGHT

  /s/ Maxwell A. Baldi
MAXWELL A. BALDI
  Attorneys, Appellate Staff
  Civil Division, Room 7513
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C. 20530
  (202) 532-0211
  maxwell.baldi@usdoj.gov

March 2024