# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

ELIZABETH WRIGHT-SMITH,

Petitioner,

v.

FEDERAL AVIATION ADMINISTRATION,

Respondent.

No. 23-9608

**NOTICE OF FILING OF SUPPLEMENTAL CERTIFIED INDEX**

Respondent, the Federal Aviation Administration, hereby submits a supplemental certified index to the administrative record in this case.

Respectfully submitted,

ABBY C. WRIGHT

 /s/ Maxwell A. Baldi
MAXWELL A. BALDI
(202) 532-0211
   Attorneys, Appellate Staff
   Civil Division, Room 7513
   U.S. Department of Justice
   950 Pennsylvania Ave., N.W.
   Washington, D.C.  20530
   (202) 532-0211
   maxwell.baldi@usdoj.gov

April 2024