IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| ELIZABETH WRIGHT-SMITH,<br><br>Petitioner,<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>Respondent. | No. 23-9608 |

**SUPPLEMENTAL CERTIFICATION OF THE INDEX OF RECORD**

I, Raymond Carver, am authorized to certify that the attached list describes an additional document for inclusion in the record in this case. The Federal Aviation Administration includes document 13 to aid resolution of petitioner's argument concerning the composition of the administrative appeals panel, which she raised for the first time in her opening brief. Document 13 was produced using a standard form, which was used to document appeal panel deliberations during the period that FAA Policy 8000.95B was in effect. Although document 13 is neither part of the record that was before the appeal panel when it made its decision nor the final agency order itself, it clarifies the process by which the panel resolved petitioner's appeal.

Respectfully submitted,

_____
RAYMOND CARVER
   Attorney
   Aviation Litigation Division
   Office of the Chief Counsel
   Federal Aviation Administration
   800 Independence Ave., SW
   Washington, D.C. 20591

# SUPPLEMENTAL CERTIFIED INDEX OF RECORD

*Wright-Smith v. Federal Aviation Administration*, Case No. 23-9608

## Supplemental Material

| Doc. | Date | Description | AR Pages |
|---|---|---|---|
| 13 | 10/18/23 | Appeals Panel Results | 276 |