No. 23-9608

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

———————————

ELIZABETH WRIGHT-SMITH,

Petitioner,

v.

FEDERAL AVIATION ADMINISTRATION,

Respondent.

———————————

On Petition for Review of an Order of the Federal Aviation Administration

———————————

## SUPPLEMENTAL ADMINISTRATIVE RECORD

———————————

BRIAN M. BOYNTON
*Principal Deputy Assistant*
*Attorney General*

ABBY C. WRIGHT
MAXWELL A. BALDI
*Attorneys, Appellate Staff*
*Civil Division, Room 7513*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 532-0211*

# INDEX

## Supplemental Material

| Doc. | Date | Description | AR Pages |
|------|------|-------------|----------|
| 13 | 10/18/23 | Appeals Panel Results | 276 |

IN THE MATTER OF THE "TERMINATION FOR CAUSE" OF DPE WRIGHTSMITH

ASSOCIATED WITH THE ALBUQUERQUE FSDO

**APPEALS PANEL RESULTS**

**OCTOBER 18, 2023**

FAA Order 8000.95 (B), VOL 1, CH 11  states the following:

**2. General.** The FAA only allows appeals if the FAA terminated the designee for cause. All appeal activities are processed and recorded in DMS.

**b. Scope of Appeal.** The appeal is intended to be a review of the termination for cause **process**

**4. Appeal Panel Responsibilities.** The POC for the appeal panel will ensure that the panel completes the following tasks:

**a. Review File.** Review the appealing designee file stored in DMS.

**b. Request Additional Information.** Contact the managing specialist, evaluation panel lead, appointing official, and/or selecting official for additional information or clarification.

**c. Document Outcomes.** Document deliberations and outcomes in DM

In accordance with the Order, an APPEALS PANEL comprised of Inspectors Wayne Phillips (AFS-650), Terrence Brewer (AFS-810), and Charles Peters (OM JAN FSDO), met this date to consider this matter.

The APPEALS PANEL "checklist" is appended here from FAA Order 8000.95 (B) which contains the following tasks:

| Termination Appeal Panel Checklist | |
|---|---|
| Has the Panel reviewed the appealing Applicant/Designee's record? * <br> ○ Yes ○ No | Yes |
| Has the Panel reviewed the ban or terminate reason and justification? * <br> ○ Yes ○ No | Yes |
| Has the Panel contacted the Managing Specialist for additional information/clarification? (optional) <br> ○ Yes ○ No | No |
| Has the Panel contacted the Appointing/Selecting Official for additional information/clarification? (optional) <br> ○ Yes ○ No | Yes |
| Does the Panel have any Appeal Panel deliberations documented? (optional) <br> ○ Yes ○ No | Yes |

In a review of the record, the panel concurs that the process was complied with and that all notification deadlines have been met. Thus, the decision to terminate is upheld.

For the panel, LEAD



WAYNE EDMUND PHILLIPS
Digitally signed by WAYNE EDMUND PHILLIPS
Date: 2023.10.18 14:53:40 -04'00'

**AR 276**