IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

ELIZABETH WRIGHT-SMITH,

      Petitioner,

v.                                                                                                No. 23-9608

FEDERAL AVIATION ADMINISTRATION,

      Respondent.

### NOTICE OF NON-AVAILABILITY

      Counsel for Petitioner Elizabeth Wright-Smith, Butt Thornton & Baehr PC (Sarah L. Shore), hereby gives notice that she will be unavailable for hearings and other proceedings from June 24, 2024 through July 18, 2024.

Date:   May 29, 2024

                                                                             BUTT THORNTON & BAEHR PC

                                                                             /s/ *Sarah L. Shore*
                                                                             Sarah L. Shore
                                                                             *Attorneys for Elizabeth Wright-Smith*
                                                                             P.O. Box 3170
                                                                             Albuquerque, NM  87190
                                                                             (505) 884-0777
                                                                             sshore@btblaw.com

## **CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that the foregoing was electronically filed through the CM/ECF system on this 29th day of May, 2024, AND I FURTHER CERTIFY that on such date I served a copy of this notice to the following counsel of record via electronic mail:

Maxwell A. Baldi
Abby Christine Wright
Attorneys, Appellate Staff
Civil Division, Room 7513
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 532-0211
maxwell.baldi@usdoj.gov
Abby.Wright@usdoj.gov
*Attorneys for Respondent FAA*


/s/ *Sarah L. Shore*
Sarah L. Shore